IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACQUELYN ASBIE,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **YUSLEIDYS PADILLA, YP TRANSPORT LLC, JOHN DOES 1-10, ABC CO. 1-10,**  Defendants. | **NO. 24-1637** |

# O R D E R

**AND NOW**, this 2nd day of July, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 21), Plaintiff's Revised Response in Opposition (ECF No. 23), and Defendants' Reply (ECF No. 34), it is **HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss for Failure to Join a Required Party pursuant to Federal Rule of Civil Procedure 12(b)(7), is **DENIED** .

2. Defendants' Motion to Dismiss for Failure to State a Claim pursuant to Federal Rule of Civil Procedure 12(b)(6), is **GRANTED.**  These claims are **DISMISSED WITH PREJUDICE**.

   The Clerk of Court is instructed to **TERMINATE** this matter.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**